Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

◼

JULIETTE OKEN, Appellant, v. MORRIS H. OKEN, Respondent.— Order unanimously affirmed, without costs. Without passing upon the question of the power of the Special Term to modify the divorce decree with reference to payments of alimony for the support of plaintiff and the three children, we think that in any event upon the facts established here, there is no adequate basis for granting the relief which the plaintiff seeks. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

◼

JULIETTE OKEN, Appellant-Respondent, v. MORRIS H. OKEN, Respondent-Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

◼

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALTON JOHNSON, Appellant, against HERMAN J. RUTHAZER, as Warden of the City Prison, Borough of Manhattan, Respondent.— Order unanimously affirmed. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

◼

FLORENCE E. HAYNES, Respondent, v. STEPHEN B. HAYNES, Appellant.— Order unanimously modified by fixing alimony *pendente lite* at $35 per week and counsel fee at $350 and, as so modified, affirmed. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

◼

JOHN J. NOLAN et al v. NEW YORK CITY HOUSING AUTHORITY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *ante*, p. 762.]

◼

ANNA TIKALSKY v. MABERG HOLDING CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 757.]

◼

WILLIAM LEVINE, Doing Business as UNION DECORATING CO., v. JACK BARRICINI.— Motion for reargument denied. The stay to prevent execution of the judgment was until further order of the court. When the order is entered herein permitting the examination and reversing and vacating the judgment, stay will be unnecessary. The order herein should be settled and filed expeditiously and the examination had without any unnecessary delay. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and McCurn, JJ. [See *ante*, p. 801.]